# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV04-00211DAE-KSC

CASE NAME:       United States of America v. Theresa Ann Denney

ATTYS FOR PLA:   Edric Ching for Harry Yee

ATTYS FOR DEFT:  no appearance

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 7/17/2006 | TIME: | 9:12-9:14am |

COURT ACTION:  EP: Further Status Conference Re: Bankruptcy.  Chapter 7 bankruptcy still pending.  Further Status Conference Re: Bankruptcy set 10/17/06, 9:00am, Judge Chang.

cc: Grant Kidani

Submitted by: Shari Afuso, Courtroom Manager