# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV04-00211DAE-KSC

CASE NAME:       United States of America v. Theresa Ann Denney

ATTYS FOR PLA:   Edric Ching

ATTYS FOR DEFT:  Grant Kidani

INTERPRETER:

---

JUDGE:     Kevin S. C. Chang          REPORTER:     C5 - no record

DATE:      11/7/2006                   TIME:         9:40-9:45am

---

COURT ACTION:  EP: Further Status Conference Re: Bankruptcy.  Counsel advised the court that adversary proceedings are set in Bankruptcy Court the week of November 19, 2007.

Further Status Conference Re: Bankruptcy set 12/14/07, 9:00am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager