# MINUTES

CASE NUMBER:     CV04-00211DAE-KSC

CASE NAME:       United States of America v. Theresa Ann Denney

ATTYS FOR PLA:   Edric Ching

ATTYS FOR DEFT:  Joann Takara

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:   C5 - no record

DATE:    12/14/2007                 TIME:       9:07-9:12am

COURT ACTION: EP: Further Status Conference Re: Bankruptcy. Counsel informed the court that Ms. Denney is applying for administrative relief.

Further Status Conference Re: Bankruptcy set 3/14/08, 9:00am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager