# MINUTES

CASE NUMBER:    CV04-00211DAE-KSC

CASE NAME:    United States of America v. Theresa Ann Denney

ATTYS FOR PLA:    Edric Ching

ATTYS FOR DEFT:    Joann Takara

INTERPRETER:

---

JUDGE:    Kevin S. C. Chang          REPORTER:    C5 - no record

DATE:    3/14/2008          TIME:    9:02-9:05am

---

COURT ACTION:  EP: Further Status Conference Re: Bankruptcy.  Mr. Ching reported that there is a trial date set in early October in Bankruptcy court.  Further Status Conference Re: Bankruptcy set 10/31/08 at 9:00am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager